FILED
2003 MAR 10 AM 9:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

JASON WILLIAM CATES, )
)
    Plaintiff, )
)
v. ) CV 01-H-1209-NE
)
OFFICER PHILLIP PAYNE, )
)
    Defendant. )

ENTERED
MAR 10 2003

## MEMORANDUM OF OPINION

The magistrate judge's Order to Show Cause served upon plaintiff at the address provided by him has been returned by the Postal Service. The following notice appears on the original complaint (Document #1) completed and filed by plaintiff on May 10, 2001:

> **NOTICE TO FILING PARTY**
>
> It is your responsibility to notify the Clerk in writing of any address change. Failure to notify the Clerk may result in dismissal of your case without further notice.

Moreover, Section III. of the magistrate judge's Order for Special Report (Document #7, at 6) entered on October 19, 2001, reads:

> [I]t is vital to the management of this litigation that the plaintiff keep the court apprised of the plaintiff's current address. Should a document be returned to the court because of an insufficient or inaccurate address for the plaintiff, the court will consider dismissal of the complaint or other sanctions as may be required. This provision is expressly deemed to be required to effectively discharge the court's obligations under the Civil Justice Reform Act and Rule 1, FED. R. CIV. P."

30

On February 18, 2002, the magistrate judge entered an Order to Show Cause (Document 29), in which the plaintiff was directed to "show cause in writing and under oath within twenty (20) days from the date this order is entered as to why the court should not dismiss this case for lack of prosecution [due to plaintiff's failure to submit a pre-trial narrative statement to the court by December 30, 2002.]" This Order has been returned to the Clerk by the United States Postal Service with the notation, "No longer here." A review of the plaintiff's full name and Alabama Inmate Identification number on the Department of Corrections' website reveals that plaintiff is no longer incarcerated within the Alabama prison system. (Exhibit A).

Plaintiff has failed to notify the Clerk of any change in his address and has failed to comply with the instruction and order of the magistrate judge. Therefore, this case is due to be DISMISSED WITHOUT PREJUDICE for lack of prosecution.

An appropriate Order shall be entered.

The Clerk is DIRECTED to serve a copy of this Order upon the plaintiff at his last known address and counsel for the defendant.

DONE this the 10th day of MARCH, 2003.

_____
JAMES H. HANCOCK
SENIOR JUDGE




Home | Contacts | Se

**DOC INFO**
Latest News
History

# Inmate Search

**INDUSTRIES**
Overview
Custom Signs
Online Catalog

**PUBLIC INFO**
Statistical Reports
Inmate Search

**CORRECTIONAL FACILITIES**
Facility Map

**EMPLOYMENT OPPORTUNITIES**
Officers
Other Positions

**Data Last Updated on**
**2/21/2003**

**General Search Info**

- This database only contains currently incarcerated inmates. His not available on-line at this time

**Search Criteria**

**AIS Number**
[199355]

**First Name**
[Jason William]

**Last Name**
[Cates]

**Find Records**

- The AIS (Alabama Institutional Serial) number field takes pre searches. The AIS number is the unique six-digit number ass inmate incarcerated by the Alabama Department of Corrections a the quickest way to find a particular inmate. If you enter data in th search field, the only record shown will be the one where the AIS database exactly matches the data you've entered. The First N Name fields are ignored anytime data is entered in the AIS Numbe

- The First and Last Name search fields can be used separately or to find inmate records. If data is entered in both name fields matching both fields will be shown. The data entered in these fie an open-ended search of the inmate records. In other words, if *char* in the last name field, you'll see all inmates with last names those four letters.

- Records are always shown in alphabetical order by the inmate's n

- The maximum number of records that will be displayed at one tim search results in more than 50 records being selected, only the fi order, will be shown.

| AIS | Inmate Name | Race | Sex | Birth Date | Current Location | Release D |
|---|---|---|---|---|---|---|
| No records found matching your criteria. | | | | | | |

Results Key:

**Current Location** - The inmate's assigned location as of the date of the last data update noted at the top of this page. Ala Department of Corrections facilities are designated as CF (Correctional Facility), WR (Work Release) of special locations, spelled out completely (i.e. Red Eagle Honor Farm, Frank Lee Youth Center, etc) containing the word **County** indicate an inmate assigned to a local facility within that county. Location the letters **SIR** indicate an inmate assigned to the Supervised Intensive Release program in that coun currently assigned to other states will appear with the name of that state in the current location field.

**Release Date** - Current projected release date. This date is subject to change if the inmate loses good time due to dis or escape.

**Code** - Special sentence codes to explain records without release dates. The codes are as follows:
**DR** = Death Row
**LW** = Life Without Parole
**LB** = Life & Barred from Parole
**LP** = Life with Parole Possible
**BP** = Barred from Parole